**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry T. Eggeling  　　　　　　　　　　　CHAPTER 13
　　　　　Brenda A. Eggeling fka Brenda A Koch

　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 18-13220 ELF

　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　18 May 2021, 16:11:19, EDT

　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　(215) 627-1322