# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda A. Eggeling fka Brenda A Koch<br>Larry T. Eggeling<br>  Debtor(s) | CHAPTER 13 |
| AMERICAN HERITAGE CREDIT UNION, its successors and/or assigns<br>  Movant<br>  vs. | NO. 18-13220 ELF |
| Brenda A. Eggeling fka Brenda A Koch<br>Larry T. Eggeling<br>  Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of AMERICAN HERITAGE CREDIT UNION, which was filed with the Court on or about June 16, 2021, document number 45.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 7/28/2021