United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-13220-elf

Larry T Eggeling                                                                   Chapter 13

Brenda A Eggeling

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

**Recip ID              Recipient Name and Address**
db/jdb               +  Larry T Eggeling, Brenda A Eggeling, 1923 Yarnall Road, Pottstown, PA 19464-1626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

**Name                          Email Address**

CHRISTOPHER M. MCMONAGLE
                  on behalf of Statebridge Company  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
                  on behalf of Statebridge Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

JAMES RANDOLPH WOOD
                  on behalf of Creditor Pottsgrove School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSEPH L QUINN
                  on behalf of Joint Debtor Brenda A Eggeling CourtNotices@rqplaw.com

JOSEPH L QUINN
                  on behalf of Debtor Larry T Eggeling CourtNotices@rqplaw.com

KENNETH E. WEST
                  ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 26, 2022

Form ID: 212

Total Noticed: 1

NICOLE B. LABLETTA

on behalf of Creditor BSI Financial Services nlabletta@lablettawalters.com  brausch@pincuslaw.com

REBECCA ANN SOLARZ

on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                    Chapter: 13

    Larry T Eggeling and Brenda A Eggeling

Debtor(s)                                                          Case No: 18−13220−elf

---

### *ORDER*

    AND NOW, May 26, 2022, it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☑  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑  A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy
Court