United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13220-elf |
| Larry T Eggeling | Chapter 13 |
| Brenda A Eggeling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry T Eggeling, Brenda A Eggeling, 1923 Yarnall Road, Pottstown, PA 19464-1626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Statebridge Company LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Statebridge Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Pottsgrove School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Brenda A Eggeling CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Larry T Eggeling CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: May 26, 2022     Form ID: 234     Total Noticed: 1

NICOLE B. LABLETTA
: on behalf of Creditor BSI Financial Services nlabletta@lablettawalters.com brausch@pincuslaw.com

REBECCA ANN SOLARZ
: on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
: on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
: USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry T Eggeling and Brenda A
Eggeling

       Debtor(s)                            Case No:18−13220−elf

                                                       Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                       For The Court

                                                       Timothy McGrath,
                                                       Clerk of Court

Date: 5/26/22