Certificate Number: 05781-PAE-DE-036591385

Bankruptcy Case Number: 18-13220



05781-PAE-DE-036591385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2022, at 9:02 o'clock AM PDT, Larry Eggeling completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2022                  By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President