Certificate Number: 05781-PAE-DE-036591386

Bankruptcy Case Number: 18-13220



05781-PAE-DE-036591386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2022, at 9:02 o'clock AM PDT, Brenda Eggeling completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2022                            By:    /s/Allison M Geving

                                               Name:  Allison M Geving

                                               Title: President