United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13220-elf |
| Larry T Eggeling | Chapter 13 |
| Brenda A Eggeling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 06, 2022 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry T Eggeling, Brenda A Eggeling, 1923 Yarnall Road, Pottstown, PA 19464-1626 |
| 14608965 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14539315 | + | BSI Financial Services, c/o Nicole LaBletta, Esquire, Pincus Law Group, PLLC, 2929 Arch Street Suite 1700, Philadelphia, PA 19104-7327 |
| 14106984 | + | Berkheimer, PO Box 995, North Seventh Street, Bangor, PA 18013-0995 |
| 14111531 | + | PMA MEDICAL SPECIALISTS LLC, 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 14106990 | | PMA Medical Specialists, PO Box 1870, Cary, NC 27512-1870 |
| 14599037 | + | Pottsgrove School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14106991 | + | Pottstown Memorial Hospital, 1600 East High Street, Pottstown, PA 19464-5093 |
| 14538957 | + | STATEBRIDGE COMPANY, LLC, ET AL, 314 S. Franklin Street 2nd Floor, Titusville, PA 16354-2168 |
| 14106992 | + | Statebridge Company, LLC, 6061 South Willow Dr. Ste 300, Greenwood Village, CO 80111-5151 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14106983 | + | Email/Text: broman@amhfcu.org | Jun 07 2022 00:07:00 | American Heritage FCU, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14106985 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 07 2022 00:07:00 | Berks credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 14671142 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 07 2022 00:07:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14106986 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2022 00:10:34 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14126782 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2022 00:07:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14106987 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 07 2022 00:07:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 14106988 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2022 00:07:00 | Midland Credit Management, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14106989 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0313-2                           User: admin                                    Page 2 of 3
Date Rcvd: Jun 06, 2022                        Form ID: 138OBJ                                Total Noticed: 21

|  |  | Jun 07 2022 00:07:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
|---|---|---|---|
| 14106993 | + Email/Text: bankruptcy@sccompanies.com | | |
|  |  | Jun 07 2022 00:07:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14220568 | *+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14129163 | *+ | Statebridge Company, LLC, 6061 South Willow Dr. Ste 300, Greenwood Village, CO 80111-5151 |
| 14220563 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Statebridge Company  LLC cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Statebridge Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Pottsgrove School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Brenda A Eggeling CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Larry T Eggeling CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| NICOLE B. LABLETTA | on behalf of Creditor BSI Financial Services nlabletta@lablettawalters.com  brausch@pincuslaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2

Date Rcvd: Jun 06, 2022

TOTAL: 11

User: admin

Form ID: 138OBJ

Page 3 of 3

Total Noticed: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry T Eggeling and Brenda A
Eggeling

               Debtor(s)                                             Case No: 18−13220−elf

                                                                Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:


    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/6/22