## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:                                          Case No. 18-13220-elf
                                                Chapter 13

Larry T Eggeling
Brenda A Eggeling fka Brenda A Koch

Debtor(s).

## NOTICE OF APPEARANCE

**Nationstar Mortgage LLC d/b/a Mr. Cooper**, a Secured Creditor in the above styled

proceeding, hereby requests that all matters which must be noticed to creditors, any creditors'

committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the

Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to

FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 75736
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of June, 2022, to the following:

Joseph L Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
CourtNotices@rqplaw.com
*Attorney for Debtor(s)*

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Larry T Eggeling
1923 Yarnell Road
Pottstown, PA 19464

Brenda A Eggeling fka Brenda A Koch
1923 Yarnall Road
Pottstown, PA 19464
*Debtor(s)*

By:        /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire