**Fill in this information to identify the case:**

Debtor 1 ____Larry T Eggeling____

Debtor 2 ____Brenda A Eggeling fka Brenda A Koch____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern District of Pennsylvania__
(State)

Case number    18-13220-elf

## Official Form 4100R

## Response to Notice of Final Cure Payment                                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: Nationstar Mortgage LLC                **Court claim no.** (if known):    3

Last 4 digits of any number you use to identify the debtor's account: 0216

Property address:

    **1923 Yarnall Road**
    **Pottstown , PA 19464**

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

    The next postpetition payments from the debtor(s) is due on:        08/01/2022
                                                                                        MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                                    ( a )  $_____
b.  Total fees, charges, expenses, escrow, and costs outstanding:               ( b )  $_____
c.  **Total.** Add lines a and b.                                               ( c )  $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments(s) that first became due on:        ____/__/____
                                                                                   MM/DD/YYYY

| Debtor 1 | Larry T Eggeling | Case number (*if known*) 18-13220-elf |
|---|---|---|

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones          Date July 21, 2022
   Signature

Print:      Daniel P.          Jones
       First Name    Middle Name    Last Name

Title:    Attorney for Creditor

Company:  Stern & Eisenberg, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address:
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976

Contact phone (215) 572-8111          Email: djones@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: July 21, 2022

Joseph L Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
CourtNotices@rqplaw.com
*Counsel for Debtor*
Office of the U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Larry T Eggeling
1923 Yarnell Road
Pottstown, PA 19464

Brenda A Eggeling fka Brenda A Koch
1923 Yarnall Road
Pottstown, PA 19464
*Debtor(s)*

By:   */s/ Daniel P. Jones*
    Daniel P. Jones, Bar No: 321876
    Stern & Eisenberg, P.C.
    1581 Main Street, Suite 200 The Shops at Valley Square
    Warrington, PA 18976
    djones@sterneisenberg.com
    Phone: 215-572-8111
    Fax: (215) 572-5025
    Counsel for Movant